UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAGDIELA GONZALEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOJO INDUSTRIES, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 1:20-cv-00888-JMF<br><br>ECF Case<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Kelly G. Laudon hereby moves this Court for an order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant GOJO Industries, Inc. in the above-captioned action.

　　　　I am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota. I am admitted to practice before the United States Courts of Appeals for the Fifth, Eighth, and Eleventh Circuits, and the United States District Courts for the District of Minnesota and the District of Colorado. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the requisite declaration pursuant to Local Rule 1.3.

Dated: May 6, 2020                                              Respectfully submitted,

*/s/ Kelly G. Laudon*
Kelly G. Laudon
JONES DAY
90 South Seventh Street
Suite 4950
Minneapolis, MN 55402
Telephone: (612) 217-8921
Email: klaudon@jonesday.com

.