UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAGDIELA GONZALEZ, individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>            v.<br><br>GOJO INDUSTRIES, INC.,<br><br>                       Defendant. | Case No. 1:20-cv-00888-JMF<br><br>ECF Case<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

1. I am an attorney at the law firm of Jones Day. I submit this declaration pursuant to 28 U.S.C. § 1746 in support of my Motion for Admission *Pro Hac Vice* before this Court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

5. Attached as Exhibit A is a certificate from the Bar of the State of Minnesota, issued within the last thirty days, indicating that I am a member in good standing of the bar of that court.

Dated:   May 6, 2020

                                                              Respectfully submitted,

                                                              */s/ Kelly G. Laudon*
                                                              Kelly G. Laudon
                                                              JONES DAY
                                                              90 South Seventh Street
                                                              Suite 4950
                                                              Minneapolis, MN 55402
                                                              Telephone: (612) 217-8921
                                                              Facsimile: (844) 345-3178
                                                              Email: klaudon@jonesday.com