# EXHIBIT A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

KELLY GILL LAUDON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 27, 2006

Given under my hand and seal of this court on

April 14, 2020

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration