UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAGDIELA GONZALEZ, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br><br>      v.<br><br>GOJO INDUSTRIES, INC.,<br><br>                 Defendant. | Case No. 1:20-cv-00888-JMF<br><br>ECF Case<br><br>**[PROPOSED] ORDER FOR ADMISSION** *PRO HAC VICE* |

The motion of Kelly G. Laudon for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Minnesota, and that her contact information is as follows:

    Applicant's Name: Kelly G. Laudon
    Firm Name: Jones Day
    Address: 90 South Seventh Street, Suite 4950
    City / State / Zip: Minneapolis / MN / 55402
    Telephone / Fax: 1.612.217.8921 / 1.844.345.3178

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant GOJO Industries, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:                                                                                                     _____

                                                                                                   The Honorable Jesse M. Furman
                                                                                                   United States District Judge