UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAGDIELA GONZALEZ, *individually and on behalf of all others similarly situated*,

                Plaintiff,

  -v-

GOJO INDUSTRIES, INC.,

                Defendant.
------------------------------------------------------------------X

20-CV-0888 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      On June 18, 2020, the Court extended Defendant's deadline to answer or respond to the Complaint to July 23, 2020. ECF No. 22. On June 22, 2020, Defendant filed a motion to transfer venue to the Northern District of Ohio. ECF No. 23. Upon reflection, the Court will address the motion to transfer before Defendant answers or moves to dismiss. Accordingly, Defendant's deadline to respond to the Complaint is extended to **three weeks after the Court resolves the pending motion to transfer**.

      SO ORDERED.

Dated: June 26, 2020
      New York, New York

                                          _____
                                              JESSE M. FURMAN
                                          United States District Judge